UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

        v.

BRENDAN WESLEY BOUVIER,

                          Defendant.
_____

<u>DECISION AND ORDER</u>

22-CR-6068DGL

Defendant Brendan Wesley Bouvier ("Bouvier") pleaded guilty pursuant to a Plea Agreement where the parties agreed that the Court would impose a sentence between 30 and 37 months. Fed. Crim. Pro. 11(c)(1)(C). A Presentence Report was filed September 19, 2022; the Court accepted the plea and on October 24, 2022, sentenced the defendant to 37 months imprisonment which he is currently serving. At the time of the sentence, no objections were filed to the Presentence Report.

By letter motion (Dkt. #33), Bouvier now moves *pro se* for the Court to change and recalculate the Presentence Report.

There is no statutory authority to amend and change the Presentence Report years after it was prepared and approved. Therefore, defendant Bouvier's request is in all respects denied.

Bouvier is not without relief. He may provide what information he believes is pertinent to his counselor and case manager at the Bureau of Prisons.

## CONCLUSION

Defendant Brendan Wesley Bouvier's motion (Dkt. #33) to modify or amend the prior Presentence Report is in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
January 5, 2024.